UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Thomas L. Nigrelli, et al.

                    v.                         Civil No. 09-cv-48-JL

William Angus Bruce, et al.


O R D E R


        Numerous parties in this case are LLCs.  I am concerned that I may be familiar with some

of the companies' managers or members.  To ensure the identification of any potential conflicts, the

parties that are LLCs are ordered to make a filing identifying their members and managers on or

before **Friday, June 19**.



        SO ORDERED.



June 11, 2009                          _____
                                       Joseph N. Laplante
                                       United States District Judge



cc:    Peter Callaghan, Esq.
       Lawrence Gormley, Esq.
       Philip Pettis, Esq.
       Heather Dunion Neville, Esq.

2